**Order entered May 13, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

---

### No. 05-21-00530-CV

---

### IN THE INTEREST OF I.F., E.F., AND F.F., CHILDREN

---

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-19-21932**

---

### ORDER

Before the Court is appellant's May 12, 2022 motion for an extension of time to file his brief on the merits. In his motion, appellant states the reporter's record is incomplete because it does not include the record from the July 9, 2020 hearing. We **GRANT** the motion as follows. We **ORDER** Yolanda Atkins, former Official Court Reporter for the 255th Judicial District Court, to file, by **June 3, 2022**, either (1) the reporter's record of the July 9, 2020 hearing[1] at no cost to appellant or (2) written verification that the hearing on that date was not recorded.

---

[1] The Docket Sheet in the clerk's record reflects the trial court held a hearing on July 9, 2020.

Appellant's brief on the merits shall be filed on or before **June 17, 2022**.

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Atkins; LaToya Young-Martinez, current Official Court Reporter for the 255th Judicial District Court; and, all parties.

/s/    BONNIE LEE GOLDSTEIN
       JUSTICE